UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-17125 |
| | ) | |
| TIFFANY TROTTER | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable LaShonda A. Hunt |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Chapter 13 plan is modified to allow the Debtor to retain their 2017 federal income tax refund.

2. The Chapter 13 plan is modified to allow the Debtor to retain up to $1,200.00 of any subsequent federal income tax refund.

3. The Chapter 13 plan is modified to defer the $512.00 [refund from 2016] to the end of the Chapter 13 plan.

4. The Debtor's Chapter 13 plan payment is increased to $138.00 per month.

Enter:  *LaShonda A. Hunt*
Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 0 1 OCT 2018

**Prepared by:**
Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Rev: 20170105_bko