# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Tiffany L. Trotter | ) | Chapter 13 |
| | ) | Case No. 16 B 17125 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Tiffany L. Trotter
1913 Canal St., Apt. 1C
Blue Island, IL 60406

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On November 04, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 22, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On May 20, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on July 06, 2016, for a term of 36 months with payments of $138.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 41 | $4,594.00 | $4,180.00 | $414.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/21/2019
Due Each Month: $138.00
Next Pymt Due: 11/19/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/27/2018 | 1100235488 | $100.00 | 10/01/2018 | 1100241731 | $100.00 |
| 11/05/2018 | 1100747230 | $100.00 | 11/30/2018 | 1100742567 | $130.00 |
| 12/31/2018 | 186842 | $125.00 | 01/22/2019 | 1101037013 | $125.00 |
| 03/04/2019 | 1101332363 | $125.00 | 04/02/2019 | 1101341278 | $130.00 |
| 05/31/2019 | 1101585755 | $125.00 | 07/08/2019 | 1101679350 | $130.00 |
| 08/19/2019 | 1101917253 | $140.00 | 09/16/2019 | 1101921566 | $130.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE